**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

SHANE MATTHEW TEW,                          :
                                            :
            Plaintiff,                      :
                                            :
v.                                          :          Civil Action No. 2:21cv641
                                            :
HAMPTON ROADS REGIONAL                      :
JAIL AUTHORITY, et al.,                     :
                                            :
            Defendants.                     :

**NOTICE OF REMOVAL**

Defendant, Hampton Roads Regional Jail Authority ("HRRJA"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1441, 1443, and 1446(b), hereby petitions this Court for removal of the plaintiff's action filed in the Circuit Court for the City of Portsmouth, Virginia and in support thereof state as follows:

1.      Plaintiff filed a Complaint in the Portsmouth Circuit Court on November 20, 2020 titled *Shane Matthew Tew v. Hampton Roads Regional Jail Authority, Correct Care Solutions, LLC, Wellpath, LLC and John Doe #1,* Case No. CL20004994, which action is now pending.

2.      This Notice of Removal is filed in accordance with 28 U.S.C. §§ 1331, 1441, 1443, and 1446(b). True and correct copies of state court process and pleadings are attached hereto as Exhibit "A". A true and correct copy of the Notice of Removal filed with the Circuit Court is attached hereto as Exhibit "B".

3.      Jurisdiction is founded on the existence of a federal question. In his Complaint, plaintiff claims that defendant violated his constitutional rights and seeks relief under 42 U.S.C. § 1983.

4.      This Court has original jurisdiction over all civil actions arising under the Constitution and laws of the United States under 28 U.S.C. § 1331 and removal jurisdiction over civil rights cases under 28 U.S.C. § 1443.

5.      This Notice of Removal is filed within thirty (30) days of plaintiff's filing his Complaint.

6.      At the time of this Notice of Removal defendants HRRJA, Wellpath, LLC, and Correct Care Solutions, LLC have been served with process.

7.      Counsel for defendants Wellpath, LLC and Correct Care Solutions, LLC has consented to removal of this action per 28 U.S.C. § 1446(b)(2)(A).

8.      This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, defendant, Hampton Roads Regional Jail Authority (HRRJA), by counsel, respectfully requests that the above-entitled action be removed from the Circuit Court for the City of Portsmouth, Virginia, to the United States District Court for the Eastern District of Virginia, Norfolk Division.

HAMPTON ROADS REGIONAL JAIL AUTHORITY

By: _____/s/_____
                      Of Counsel

Jeff W. Rosen, Esq. VSB No. 22689
Lisa Ehrich, Esq. VSB No. 32205
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6293
Fax:    (757) 497-1914
jrosen@pendercoward.com
lehrich@pendercoward.com
*Counsel for HRRJA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2021, I will electronically file the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Andrew M. Sacks, Esq. (VSB #20082)
Stanley E. Sacks, Esq. (VSB #04305)
SACKS & SACKS
Town Point Center, Suite 505
150 Boush Street
Norfolk, VA 23510
Phone: (757) 623-2753
Fax:    (757) 274-0148
sacks@lawfirmofsacksandsacks.com
*Counsel for Plaintiff*

Joel M. McCray, Esq. (VSB #38116)
Angela Boice Axselle, Esq. (VSB #43864)
WIMBISH GENTILE MCCRAY & ROEBER
PLLC 8730 Stony Point Parkway, Suite 201
Richmond, VA 23235
Phone: (804) 655-4830
Fax:    (804) 980-7819
jmccray@wgmrlaw.com
aaxselle@wgmrlaw.com
*Counsel for CCS and Wellpath*

_____/s/_____
Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, PC
222 Central Park Avenue
Virginia Beach, VA 23462
Phone: (757) 490-6293
Fax:    (757) 497-1914
jrosen@pendercoward.com
*Counsel for HRRJA*